IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00097-MSK-CBS

PROSERVE CORPORATION, a Colorado corporation, and
DENVER AIRPORT ENTERPRISES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

STC-MARKETING, LLC, an Illinois limited liability company,

      Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Defendant's Motion to Transfer Venue Or, In the Alternative, to Dismiss **(#4)** filed January 27, 2006. A review of the Motion indicates that Defendant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 31st day of January 2006.

                        BY THE COURT:

                        *Marcia S. Krieger*
                        Marcia S. Krieger
                        United States District Judge