IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00097-MSK-CBS

PROSERVE CORPORATION, a Colorado corporation, and
DENVER AIRPORT ENTERPRISES, LLC, a Colorado limited liability company,

       Plaintiffs,

v.

STC-MARKETING, LLC, an Illinois limited liability company,

       Defendant.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court on the Defendant's Response (**#7**) to the Court's

Order to Show Cause Why the Case Should not be Remanded (**#3**).  Based thereon,

**IT IS ORDERED** that the Order to Show Cause (**#3**) is **DISCHARGED**.

Dated this 17th day of February, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge