IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00097-MSK-CBS

PROSERVE CORPORATION, a Colorado corporation, and
DENVER AIRPORT ENTERPRISES, LLC, a Colorado limited liability company,

   Plaintiffs,

v.

STC-MARKETING, LLC, an Illinois limited liability company,

   Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

  The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 21, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

  The parties shall be prepared to address whether an evidentiary hearing is needed with respect to the Motion to Transfer Venue **(#6)** and the length of any such hearing.

  Dated this 9th day of March, 2006

            **BY THE COURT:**

            */s/ Marcia S. Krieger*
            _____
            Marcia S. Krieger
            United States District Judge