IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00097-MSK-CBS

PROSERVE CORPORATION,
 a Colorado corporation and
DENVER AIRPORT ENTERPRISES, LLC,
a Colorado limited liability company,

      Plaintiffs,

v.

STC-MARKETING, LLC,
a Colorado limited liability company,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER is before the court on Plaintiffs' Supplement to Plaintiffs' Renewed (Now) Opposed Motion for Leave to Amend Complaint to Assert Exemplary Damages Pursuant to C.R.S. § 13-21-102 with Supplemental Rule 7.1A Certification (*doc. no. 45*). To the extent this document is considered a pending motion, that request is **DENIED**. The court will treat the instant document as a Supplement to the Renewed Motion to Amend the Complaint (*doc. no. 40*).

**DATED:**    February 26, 2007