IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00097-MSK-CBS

PROSERVE CORPORATION,
 a Colorado corporation and
DENVER AIRPORT ENTERPRISES, LLC,
a Colorado limited liability company,

      Plaintiffs,

v.

STC-MARKETING, LLC,
a Colorado limited liability company,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiffs' Renewed Motion for Leave to Amend Complaint to Assert Exemplary Damages Pursuant to C.R.S. §13-21-102 (*doc. no. 40)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiffs' Second Amended Complaint (*doc no. 40-3*) tendered to the court on February 12, 2007.

      IT IS FURTHER ORDERED that the motion hearing set for April 6, 2007, is **VACATED**.

**DATED:**    April 2, 2007